Michael J. Nuñez, Esq.
Nevada Bar No. 10703
  mnunez@murchisonlaw.com
Tyler N. Ure Esq.
Nevada Bar No. 11730
  ture@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant,
SPARTA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SPARTA INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:17-cv-02999-RFB-CWH<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER DEADLINES (FIRST REQUEST)** |

## STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES

This Stipulation to modify the scheduling order is entered into by and between Plaintiff NAVIGATORS INSURANCE COMPANY (hereinafter "Plaintiff") and SPARTA INSURANCE COMPANY (hereinafter "Defendant"), by and through their attorneys of record, pursuant to LR 6-1(b) and LR 26(4) and based upon the following:

**(a)    A statement of Discovery Completed to Date:**

Plaintiff and Defendant have exchanged initial disclosures of documents and the names of individuals with knowledge of the facts pertaining to Plaintiff's claims against the Defendant. The Defendant has propounded written discovery requests to Plaintiff, including interrogatories and requests for production, and Plaintiff has served its responses to

Defendant's interrogatories. The Plaintiff has propounded interrogatories and requests for production to Defendant.

**A specific description of the discovery that remains to be completed**

- Defendant anticipates taking the deposition of Plaintiff's FRCP 30(b)(6) Person(s) with Knowledge.
- Plaintiff anticipates taking the depositions of Defendant's FRCP 30(b)(6) Person(s) with Knowledge.
- Defendant anticipates taking the deposition of Plaintiff's Expert(s).
- Plaintiff anticipates taking the deposition of Defendant's Expert(s).
- The Plaintiff anticipates issuing subpoenas to non-parties for business records.

**(b) The reason why discovery remaining was not completed within the time limits set by the discovery plan**

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of the discovery deadlines is appropriate, as the parties wish to further investigate this case, and potentially reach a resolutions prior to incurring fees and costs for extensive discovery. An extension is also necessary for the depositions of Defendant's and Plaintiff's FRCP 30(b)(6) Person(s) with Knowledge. Further, it has become apparent that between witness' travel plans over the summer and counsel's trial calendars, it will be impractical if not impossible for the parties to adequately complete discovery before the discovery deadline of July 11.

The parties are seeking a 90 day continuance of below referenced dates:

**(c) A proposed schedule for completing all remaining discovery:**

| Deadline | Current Deadline Date | Extension Sought |
|---|---|---|
| Expert disclosure deadline | May 14, 2018 | **August 13, 2018** |
| Rebuttal expert disclosure deadline | June 13, 2018 | **September 11, 2018** |
| Discovery Deadline | July 11, 2018 | **October 9, 2018** |

| Dispositive Motion Deadline | August 10, 2018 | **November 8, 2018** |
| --- | --- | --- |
| Pre-Trial Order Deadlines | September 10, 2018 | **December 10, 2018** |
| Amend Pleadings and Add Parties | April 12, 2018 | **closed** |
| Interim Status Report | May 14, 2016 | **August 10, 2018** |

DATED: May 14, 2018

**MURCHISON & CUMMING, LLP**

By: */s/ Tyler N. Ure*
   Michael J. Nuñez, Esq.
   Nevada Bar No. 10703
   Tyler N. Ure, Esq.
   Nevada Bar No. 11730
   350 S. Rampart Blvd., Suite 320
   Las Vegas, Nevada 89145
   Attorneys for Defendant

**MORALES, FIERRO & REEVES**

By: */s/ Ramiro Morales*
   Ramiro Morales, Esq.
   Nevada Bar No. 7101
   600 South Tonopah Drive, Suite 300
   Las Vegas, Nevada 89106
   Attorneys for Plaintiff

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 16, 2018