RAMIRO MORALES [Bar No.: 7101]
Email: rmorales@mfrlegal.com
MORALES, FIERRO & REEVES
600 South Tonopah Drive, Suite 300
Las Vegas, Nevada 89106
Telephone: (702) 699-7822
Facsimile: (702) 699-9455

Attorneys for Plaintiff
NAVIGATORS INSURANCE COMPANY

MICHAEL J. NUÑEZ [Bar No.: 10703]
Email: mnunez@murchisonlaw.com
TYLER N. URE, [Bar No.: 11730]
Email: ture@murchisonlaw.com
MURCHISON & CUMMING, LLP
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant,
SPARTA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPARTA INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | CASE NO.: 2:17-cv-02999-RFB-DJA <br><br> **JOINT STIPULATION TO NOTIFY COURT OF SETTLEMENT OF CASE** |

Navigators Insurance Company ("Navigators") and Sparta Insurance Company ("Sparta"), through their counsel, hereby advise the Court that the parties have reached a settlement in this action. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the parties will be filing a

/ / /

/ / /

/ / /

---

1

JOINT STIPULATION REGARDING SETTLEMENT

CASE NO.: 2:17-cv-02999 RFB-DJA

| | |
|---|---|
| 1 | Stipulation of Dismissal as to all claims between them by March 9, 2020. |

| MORALES FIERRO & REEVES | MURCHISON & CUMMING, LLP |
|---|---|
| By: */s/Ramiro Morales* <br>     Ramiro Morales (Nev. Bar #7101) <br>     600 So. Tonopah Drive, Suite 300 <br>     Las Vegas, NV 89105 | By: */s/Tyler N. Ure* <br>     Michael J. Nunez (Nev. Bar #10703) <br>     Tyler N. Ure (Nev. Bar #11730) <br>     350 S. Rampart Blvd., Suite 320 <br>     Las Vegas, NV 89145 |
| Attorneys for Plaintiff <br> NAVIGATORS INSURANCE CO. | Attorneys for Defendant SPARTA INSURANCE CO. |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of December, 2019.

---

2

JOINT STIPULATION REGARDING SETTLEMENT

CASE NO.: 2:17-cv-02999 RFB-DJA