RAMIRO MORALES [Bar No.: 7101]
Email: rmorales@mfrlegal.com
MORALES, FIERRO & REEVES
600 South Tonopah Drive, Suite 300
Las Vegas, Nevada 89106
Telephone: (702) 699-7822
Facsimile: (702) 699-9455

Attorneys for Plaintiff
NAVIGATORS INSURANCE COMPANY

MICHAEL J. NUÑEZ [Bar No.: 10703]
Email: mnunez@murchisonlaw.com
TYLER N. URE, [Bar No.: 11730]
Email: ture@murchisonlaw.com
MURCHISON & CUMMING, LLP
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant,
SPARTA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SPARTA INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.: 2:17-cv-02999-RFB-DJA<br><br>**AMENDED JOINT STIPULATION TO NOTIFY COURT OF STATUS OF SETTLEMENT OF CASE** |

    Navigators Insurance Company ("Navigators") and Sparta Insurance Company ("Sparta"), through their counsel, previously filed a stipulation to advise the Court that the parties had reached a settlement in this action. The stipulation stated that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the parties would be filing a Stipulation of Dismissal as to all claims between them by March 9, 2020. The parties wish to advise the Court that they have a fully executed settlement

/ / /

---

1
AMENDED JOINT STIPULATION REGARDING SETTLEMENT
CASE NO.: 2:17-cv-02999 RFB-DJA

1 agreement and release, but are awaiting payment of the settlement, and thus the Stipulation of

2 Dismissal will not be filed until on or before April 9, 2020.

| MORALES FIERRO & REEVES | MURCHISON & CUMMING, LLP |
|---|---|
| By: */s/Ramiro Morales* <br> Ramiro Morales (Nev. Bar #7101) <br> 600 So. Tonopah Drive, Suite 300 <br> Las Vegas, NV  89105 | By: */s/Tyler N. Ure* <br> Michael J. Nunez (Nev. Bar #10703) <br> Tyler N. Ure (Nev. Bar #11730) <br> 350 S. Rampart Blvd., Suite 320 <br> Las Vegas, NV  89145 |
| Attorneys for Plaintiff <br> NAVIGATORS INSURANCE CO. | Attorneys for Defendant SPARTA INSURANCE CO. |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of March, 2020.

---

2
AMENDED JOINT STIPULATION REGARDING SETTLEMENT
CASE NO.: 2:17-cv-02999 RFB-DJA