RAMIRO MORALES [Bar No.: 7101]
Email: rmorales@mfrlegal.com
MORALES, FIERRO & REEVES
600 South Tonopah Drive, Suite 300
Las Vegas, Nevada 89106
Telephone: (702) 699-7822
Facsimile: (702) 699-9455

Attorneys for Plaintiff
NAVIGATORS INSURANCE COMPANY

MICHAEL J. NUÑEZ [Bar No.: 10703]
Email: mnunez@murchisonlaw.com
TYLER N. URE, [Bar No.: 11730]
Email: ture@murchisonlaw.com
MURCHISON & CUMMING, LLP
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant,
SPARTA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPARTA INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | CASE NO.: 2:17-cv-02999-RFB-DJA <br><br> **STIPULATION TO DISMISS ACTION** |

Navigators Insurance Company ("Navigators") and Sparta Insurance Company ("Sparta"), through their counsel, hereby stipulate that the above-captioned action be and hereby is dismissed

///

///

///

///

---

STIPULATION TO DISMISS

1

CASE NO.: 2:17-cv-02999 RFB-DJA

| | |
|---|---|
| with prejudice pursuant to FRCP 41(a)(1). | |
| MORALES FIERRO & REEVES | MURCHISON & CUMMING, LLP |
| By: */s/Ramiro Morales*<br>    Ramiro Morales (Nev. Bar #7101)<br>    600 So. Tonopah Drive, Suite 300<br>    Las Vegas, NV  89105 | By: */s/Tyler N. Ure*<br>    Michael J. Nunez (Nev. Bar #10703)<br>    Tyler N. Ure (Nev. Bar #11730)<br>    350 S. Rampart Blvd., Suite 320<br>    Las Vegas, NV  89145 |
| Attorneys for Plaintiff<br>NAVIGATORS INSURANCE CO. | Attorneys for Defendant SPARTA INSURANCE CO. |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of April, 2020.